583 A.2d 340

HAKIEM JOHNSON v. NEWARK BOARD OF EDUCATION.

March 12, 1990.

This matter having been duly considered and the Court having determined that leave to appeal was improvidently granted; It is ORDERED that the within appeal be and hereby is dismissed.

583 A.2d 340

STATE OF NEW JERSEY v. JOHN D'AMICO.

March 12, 1990.

Petition for certification denied.

583 A.2d 340

STATE OF NEW JERSEY v. ROBERT CALDES.

March 20, 1990.

Petition for certification denied.

583 A.2d 340

STATE OF NEW JERSEY v. JOHN H. DOERR.

March 20, 1990.

Petition for certification denied.